UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:20-cr-00008-JMS-CMM |
| GREGORY SOBIN (01), | ) ) ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt. [101] recommending that Gregory Sobin's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt. [101]. The Court finds that Mr. Sobin committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [89]. The Court dismisses Violation Number 1 at dkt [89]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Sobin is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and no supervised release to follow. The Court recommends placement at MCC-Chicago.

Date: 3/7/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system